IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRANDON BRADLEY,

    Petitioner,

vs.                               CASE NO. 5:09-cv-92-SPM/MD

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 33). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed an objection (doc. 34). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Petitioner brought this habeas corpus petition (doc. 1) challenging his conviction on two counts related to child molestation. Respondent filed a Motion to Dismiss (doc. 25), which indicates that the habeas petition was filed nearly two years after the one year limitations period, pursuant to 28 U.S.C. § 2244, had

expired. In his objection, Petitioner concedes that his habeas petition was not timely filed, apologizes for the late filing, and requests that he be allowed to amend the petition to assert an actual innocence claim in order to avoid the dismissal of the petition as time-barred. However, as it is clear that the Petitioner's habeas petition is barred by the limitations period set forth in 28 U.S.C. § 2244, this action must be dismissed.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 33) is *adopted* and incorporated by reference into this order.

2. The Respondent's Motion to Dismiss (doc. 25) is *granted*, and the petition for writ of habeas corpus (doc. 1) is *dismissed with prejudice*.

3. The certificate of appealability is *denied*.

DONE AND ORDERED this thirteenth day of September, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge